UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRYSTAL CHRISTIANSEN,

    Plaintiff,

-vs-                                            CASE NO.: 6:13-CV-00412

BUREAU OF COLLECTION RECOVERY,
INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, CHRYSTAL CHRISTIANSEN, and the Defendant, BUREAU OF COLLECTION RECVOERY, INC. by and through undersigned counsel and hereby stipulate and agree that that this case has been settled and should be dismissed with prejudice and summarily closed on the Court Docket with each party to bear their own fees and costs.

| | |
|---|---|
| /s/ Jared M. Lee | /s/ _____ |
| JARED MICHAEL LEE, ESQUIRE | ROBERT E. SICKLES, ESQUIRE |
| Morgan & Morgan, P.A. | Hinshaw and Culbertson, LLP |
| 20 North Orange Avenue | 100 South Ashley Drive, Suite 500 |
| Suite 1600 | Tampa, FL 33604 |
| Orlando, FL 32801 | Tele: (813) 276-1662 |
| Tele: (407) 420-1414 | Fax: (813) 276-1956 |
| Fax: (407) 245-3485 | Florida Bar#: 167444 |
| Florida Bar #: 0052284 | Attorney for Defendant |
| Attorney for Plaintiff | rsickles@hinshawlaw.com |
| jlee@forthepeople.com | |