**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CHRYSTAL CHRISTIANSEN,**

    Plaintiff,

v.                                    **Case No. 6:13-cv-412-Orl-37KRS**

**BUREAU OF COLLECTION
RECOVERY, INC.,**

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 21), filed December 27, 2013.  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), each party to bear its own costs and fees.  The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** at Orlando, Florida, this 30th day of December, 2013.

*[signature]*

ROY B. DALTON, JR.
United States District Judge

Copies: Counsel of Record